**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNIFI SCIENTIFIC BATTERIES, LLC,** | |
| **Plaintiff,** | **Case No. 6:12-cv-223** |
| **v.** | **PATENT CASE** |
| **RESEARCH IN MOTION CORPORATION, et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF UNIFI SCIENTIFIC BATTERIES, LLC AND DEFENDANTS
BARNES & NOBLE, INC. AND BARNESANDNOBLE.COM, LLC**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Unifi Scientific

Batteries, LLC and Defendants Barnes & Noble, Inc. and Barnesandnoble.com, LLC

(collectively, "the parties"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby

dismiss without prejudice all claims and counterclaims between the parties to this stipulation,

with each party bearing their own attorney's fees and expenses.

Dated:  July 26, 2012                          Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**          **FULBRIGHT & JAWORSKI, LLP**

/s/ Anthony G. Simon                          /s/Dan D. Davidson (*with consent)*
Anthony G. Simon                              Dan D. Davidson
Benjamin R. Askew                             2200 Ross Ave, Suite 2800
Michael P. Kella                              Dallas, TX  75201-2784
800 Market Street, Suite 1700                 P. 214-855-8000
St. Louis, MO  63101                          F. 214-855-8200
P. 314-241-2929                               ddavison@fulbright.com
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com

Timothy E. Grochocinski                        Richard Zembek
INNOVALAW, P.C.                                Paul Dyson
1900 Ravinia Place                             FULBRIGHT & JAWORSKI, LLP
Orland Park, IL  60462                         1301 McKinney, Suite 5100
P. 708-675-1974                                Houston, TX  77010
F. 708-675-1786                                P. 713-651-5151
teg@innovalaw.com                              F. 713-651-5246
                                               rzembek@fulbright.com
                                               pdyson@fulbright.com

Craig Tadlock
TADLOCK LAW FIRM, PLLC
2701 Dallas Parkway, Suite 260
Plano, TX  75093
P. 214-785-6014
craig@tadlocklawfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record

on July 26, 2012 via the Court's CM/ECF system.

                                          /s/ Anthony G. Simon
                                             Anthony G. Simon